| Date | Pleading Number | |
|---|---|---|
| 6/7/76 | 1. | MOTION w/SUPPORTING BRIEF -- Munitrad, Inc. -- w/copy of N.D. Texas complaint and certificate of service  REQUESTED TRANSFEREE FROUM: N.D. Texas |
| 6/16/76 | | APPEARANCES -- James W. Witherspoon for: MUNITRAD, INC.  Morris Harrell for:  STANDARD & POOR'S CORP.  THE BLUE LIST PUBLISHING CO., INC.  BRENTON W. HARRIES |
| 6/18/76 | | REQUEST FOR EXTENSION OF TIME -- STANDARD & POOR'S CORP., THE BLUE LIST PUBLISHING CO., INC. and BRENTON W. HARRIES -- GRANTED TO JUNE 30, 1976 ONLY. |
| 6/30/76 | 2 | RESPONSE -- STANDARD & POOR'S CORP., THE BLUE LIST PUBLISH. CO. AND BRENTON R. HARISS and CROSS-MOTION to add B-1 in the 1407 consideration  John J. DeGolyer, etc. v. McGraw-Hill Publishing Co., Inc., et al., N.D. Calif., C.A. No. C76-733-SW |
| 7/2/76 | | HEARING ORDER -- Setting A-1 and A-2 for Hearing-- July 23, 1976 Chicago, Illinois |
| 7/8/76 | | AMENDMENT TO HEARING ORDER -- to add B-1 for Hearing -- July 23, 1976 Chicago, Illinois |
| 7/12/76 | 3 | JOINDER IN CROSS MOTION -- MUNITRAD, INC., JOHN J. DEGOLYER CO., INC. JOHN H. DEGOLYER w/cert. of service |
| 7/12/76 | 4 | MOTION OF PLAINTIFF DEGOLYER (B-1) to transfer action to N.D. Texas BRIEF & CERT OF SERVICE |
| 7/12/76 | 5 | SUPPLEMENTAL BRIEF -- MUNITRAD, INC. w/cert. of service |
| ~~~~~~~ | 6 | WAVIER OF ORAL ARGUMENT -- Munitrad, by JAMES W. WITHERSPOON, ESQ.  Standard & Poor's Corp  The Blue List Publishing Co., Inc.  Brenton W. Harries., By MORRIS HARRELL, ESQ. |
| 7/23/76 | | |
| 8/18/76 | | CONSENT OF TRANSFEREE COURT FOR JUDGE WILLIAM N. TAYLOR TO HANDLE LITIGATION IN N.D. TEXAS UNDER 28 U.S.C. §1407 |
| 8/18/76 | | ORDER -- transferring A-2 and B-1 to the N.D. Texas under 28 U.S.C. 1407 for coordinated or consolidated pretrial proceedings |

## Description of Litigation

### IN RE MUNICIPAL BOND REPORTING ANTITRUST LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): 7/23/76

Date(s) of Opinion(s) or Order(s): 8/18/76

Consolidation Ordered: XX    Name of Transferee Judge: **WILLIAM M. TAYLOR, JR.**

Consolidation Denied: ____    Transferee District: NORTHERN DISTRICT OF TEXAS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Munitrad, Inc. v. The Blue List Publishing Company, Inc. and Standard & Poor's Corporation | N.D.Tex. Taylor | CA3-75-0942-C | | | | |
| A-2 | Munitrad, Inc. v. Brenton W. Harriss | S.D.N.Y. Knapp | 76 Civ 2371 WK | 8/18/76 | CA3-76-1290C 8/4/80D | | |
| B-1 | John J. DeGolyer, etc. v. McGraw Hill Publishing Co, Inc., et al. | S.D.N.Y. Werker | 76 Civ 3019 | 8/18/76 | CA3-76-1256C 8/4/80D | | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 261  --  IN RE MUNICIPAL BOND REPORTING ANTITRUST LITIGATION

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| MUNITRAD, INC.<br>James W. Witherspoon, Esquire<br>Witherspoon, Aikin, Langley & Woods<br>P.O. Box 1818<br>Hereford, Texas  79045<br><br>STANDARD & POOR'S CORP.<br>THE BLUE LIST PUBLISHING CO., INC.<br>BRENTON W. HARRIES<br>Morris Harrell, Esquire<br>Rain Harrell Emery Young & Doke<br>4200 Republic National Bank Tower<br>Dallas, Texas  75201 | |