DOCKET NO. 261

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MUNICIPAL BOND REPORTING ANTITRUST LITIGATION

AUG 18 1976

PATRICIA D. HOWARD
CLERK OF THE PANEL

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring the two actions pending in the Southern District of New York to the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district before the Honorable William M. Taylor, Jr., and, upon consideration of the complaints and the papers submitted, the Panel having found that these actions involve common questions of fact and that transfer would serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS THEREFORE ORDERED that the actions listed on the attached Schedule A and pending in the Southern Distict of New York be, and the same hereby are, transferred to the Northern District of Texas and, with the consent of that court, assigned to the Honorable William M. Taylor, Jr. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district and also listed on the attached Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A

DOCKET NO. 261 -- In re Municipal Bond Reporting Antitrust Litigation

### NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Munitrad, Inc. v. the Blue List Publishing Company, Inc. and Standard & Poor's Corporation | Civil Action No. CA3-75-0942-C |

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Munitrad, Inc. v. Brenton W. Harriss | Civil Action No. 76 Civ 2371 |
| John J. DeGolyer, etc. v. McGraw Hill Publishing Co., Inc., et al. | Civil Action 76 Civ 3010 |